UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-76-MPB-MJD |
| ) | |
| PRESIDENT, INDIANA STATE UNIVERSITY, ) | |
| in his official capacity; ) | |
| VICE PRESIDENT FOR UNIVERSITY ) | |
| ENGAGEMENT, INDIANA STATE ) | |
| UNIVERSITY, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**Order Setting Conference**

Plaintiff having filed its Motion for Preliminary Injunction, the Court hereby sets this matter for a telephonic conference before the Magistrate Judge on the _____ day of_____, 2025, at _____.M. The purpose of the conference is to establish a briefing schedule for the preliminary injunction motion. Call-in information will be separately provided to counsel of record in advance of the conference.

If attorneys have not yet entered their appearances for defendants, plaintiff's counsel are ORDERED to serve a copy of this Order on defendants and on J.D. Lux, General Counsel, Indiana State University.

To:   All ECF-registered counsel

Case 2:25-cv-00076-MPB-MJD   Document 9-1   Filed 02/19/25   Page 2 of 2 PageID #: 46

To:   All ECF-registered counsel