UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-00076-MPB-MJD |
| ) | |
| PRESIDENT, INDIANA STATE UNIVERSITY, ) | |
| in his official capacity; ) | |
| VICE PRESIDENT FOR UNIVERSITY ) | |
| ENGAGEMENT, INDIANA STATE ) | |
| UNIVERSITY, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION ON SETTLEMENT CONFERENCE**

This matter comes before the Court on Defendants' Unopposed Motion on Settlement Conference, requesting that Indiana State University's General Counsel, J.D. Lux, represent the Defendants at the Court's March 21, 2025 settlement conference. Being duly advised, the Court now **GRANTS** Defendants' Unopposed Motion on Settlement Conference.


IT IS SO ORDERED on _____, 2025     _____
Hon. Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana


Distribution:
Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

1