UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00076-MPB-MJD |
| | ) | |
| PRESIDENT, INDIANA STATE UNIVERSITY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Defendants' Unopposed Motion on Settlement Conference. [Dkt. 24.] The motion requests leave for Indiana State University General Counsel J.D. Lux to represent Defendants Indiana State University's President and Vice President for University Engagement, at the March 21, 2025 settlement conference. That motion is **GRANTED IN PART** and **DENIED IN PART**. Defendants Indiana State University's President and Vice President for University Engagement are excused from attending the settlement conference, in person, so long as the following conditions are satisfied: (1) Defendants Indiana State University's President and Vice President for University Engagement must be represented at the settlement conference by an individual, other than their counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 13 at 1-2 & n.1]; (2) an individual must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendants, which individual may be their

counsel of record; and (3) Defendants Indiana State University's President and Vice President for University Engagement must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge. In the event Defendants cannot or will not comply with the above stated conditions, then Defendants' motion is denied.

    SO ORDERED.

Dated: 19 MAR 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.