UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00076-MPB-MJD |
| | ) | |
| PRESIDENT, INDIANA STATE UNIVERSITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR MARCH 21, 2025
IN-PERSON SETTLEMENT CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. A resolution in principle has been reached. Accordingly, the Court hereby SUSPENDS the deadlines set forth in the Court's February 27, 2025 Scheduling Order [Dkt. 12] pending further order of the Court.

This matter is scheduled for a telephonic status conference on **Friday, March 28, 2025 at 2:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. The conference will be vacated if the parties notify the Court of a final resolution of the matter prior thereto.

Dated: 24 MAR 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.