UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

PRIDE CENTER OF TERRE HAUTE, INC.,    )
          )
         Plaintiff,    )
          )
        v.    )    No. 2:25-cv-00076-MPB-MJD
          )
PRESIDENT, INDIANA STATE UNIVERSITY,    )
et al.,    )
          )
         Defendants.    )

**ORDER**

The Court *sua sponte* hereby **VACATES** the telephonic status conference scheduled for March 28, 2025 [Dkt. 27], and the initial pretrial conference scheduled on April 9, 2025 [Dkt. 19], to be reset at a later date as needed.

SO ORDERED.

Dated:  28 MAR 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.