UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-76-MPB-MJD |
| ) | |
| PRESIDENT, INDIANA STATE UNIVERSITY, ) | |
| in his official capacity; ) | |
| VICE PRESIDENT FOR UNIVERSITY ) | |
| ENGAGEMENT, INDIANA STATE ) | |
| UNIVERSITY, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**Stipulation to Dismiss Action with Prejudice**

The parties, by their counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to the dismissal of this case, with prejudice, with each party to pay its own costs and attorneys' fees, except as previously agreed to by the parties.

WHEREFORE, the parties stipulate to the dismissal of this action with prejudice.

| | |
|---|---|
| Kenneth J. Falk | /s/ *Christopher J. Bayh* |
| Gavin M. Rose | (w/ permission) |
| Stevie J. Pactor | Christopher J. Bayh |
| ACLU of Indiana | Kristin L. Froehle |
| 1031 E. Washington St. | Clarissa Vaillancourt |
| Indianapolis, IN 46202 | BARNES & THORNBURG LLP |
| 317/635-4059 | 11 S. Meridian St. |
| fax: 317/635-4105 | Indianapolis, IN 46204 |
| kfalk@aclu-in.org | 317/232-1313 |
| grose@aclu-in.org | fax: 317/231-7433 |
| spactor@aclu-in.org | chris.bayh@btlaw.com |

[1]

|  |  |
|---|---|
|  | kristin.froehle@btlaw.com |
|  | claire.vaillancourt@btlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |