UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PRIDE CENTER OF TERRE HAUTE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRESIDENT, INDIANA STATE UNIVERSITY, ) <br> in his official capacity; ) <br> VICE PRESIDENT FOR UNIVERSITY ) <br> ENGAGEMENT, INDIANA STATE ) <br> UNIVERSITY, in her official capacity, ) <br> ) <br> Defendants. ) | No. 2:25-cv-76-MPB-MJD |

**Acknowledgment of Dismissal**

The parties having filed their Stipulation to Dismiss Action with Prejudice, the Court acknowledges that this case is now DISMISSED with prejudice with each party to pay its own costs and attorneys' fees, except as previously agreed to by the parties.

Dated: April 8, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record